**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMI MICHELLE RODRIGUEZ, | Case No.: |
| Plaintiff, | 2:22−cv−07208−RSWL−MRW |
| vs. | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,300.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   10/03/2023

THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3        /s/   *Brian C. Shapiro*

BY: _____

4       Brian C. Shapiro
        Attorney for plaintiff Tammi Michelle Rodriguez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26